UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

ALAN M. BIGMAN
AMB MEDICAL SERVICES, P.C.,

Case No. 11 CV 9400

Plaintiffs,

-against-

STIPULATION OF DISMISSAL

CARRIER CLINIC, INC.

Defendant.

--------------------------------------------------------------X

The matter in controversy having been settled by and between Plaintiffs, Alan M. Bigman and

AMB, Medical Services, P.C. and Defendant Carrier Clinic, Inc., pursuant to Federal Rule 41

(a)(1)(A)(ii) it is hereby stipulated and agreed that the above action is hereby dismissed with

prejudice without costs against either party.

Dated:   November 5, 2013

_____
JUDAH S. SHAPIRO, ESQ. (JS4921)
Attorney for Plaintiffs
Alan M. Bigman and AMB Medical Services, P.C.
151 North Main Street – 4th Fl.
New City, New York 10956
(845) 634-8000

630 Third Avenue - 19th Fl.
New York, New York 10017
(212) 953-6633

_____
MATTHEW J. FEDOR, ESQ.
Drinker Biddle & Reath LLP.
Attorney for Defendant
Carrier Clinic, Inc.
500 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7329